

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00215-CR

| | | |
|---|---|---|
| NELSON CHRISTOPHER HEAD, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (59,481-B) |
| v. | § | February 9, 2023 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
        Justice Brian Walker